Andrea G. BRIGGS, Plaintiff–
Appellant,

v.

ELEVATOR CONTROL CORPORA-
TION (EL CON); Gordon R. England,
Secretary of the Navy; John Doe, De-
fendants–Appellees.

No. 03–1348.

United States Court of Appeals,
Fourth Circuit.

Submitted July 8, 2003.

Decided July 24, 2003.

Andrea G. Briggs, Appellant Pro Se. Warren D. Stephens, Samuel J. DeBlasis, II, Decaro, Doran, Siciliano, Gallagher & Deblasis, L.L.P., Lanham, Maryland; Roann Nichols, Office of The United States Attorney, Baltimore, Maryland, for Appellees.

Before WILLIAMS, TRAXLER and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Andrea G. Briggs appeals the district court's orders granting Respondents' motions for summary judgment in her negligence action. We have carefully reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Briggs v. Elevator Control Corp.*, No. CA–01–1213–CCB (D.Md. Feb. 26, 2002 and Mar. 11, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*